| | |
|---|---|
| NAOMI JANE GRAY (SBN 230171)<br>SHADES OF GRAY LAW GROUP, P.C.<br>100 Shoreline Highway, Suite 100B<br>Mill Valley, CA 94941<br>Telephone: (415) 746-9260<br>Facsimile: (415) 968-4328<br>ngray@shadesofgray.law | KEVIN ISAACSCON<br>ROPERS MAJESKI KOHN & BENTLEY, PC<br>50 West San Fernando Street, Suite 1400<br>San Jose, CA 95113<br>Telephone: (408) 287-6262<br>Facsimile: (408) 287-6262<br>kevin.isaacson@rmkb.com |

SCOTT ZEBRAK (admitted *pro hac vice*)
OPPENHEIM + ZEBRAK, LLP
5225 Wisconsin Avenue NW, Suite 503
Washington, D.C. 20015
Telephone: (202) 480-2999
Facsimile: (866) 766-1678
scott@oandzlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, PEARSON EDUCATION, INC., and CENGAGE LEARNING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>YAROSLAV STOLYARCHUK,<br><br>Defendant. | Case No. 2:17-cv-01716-WBS-DB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONSOLIDATING RELATED ACTIONS** |

Pursuant to Fed. R. Civ. P. 42 and Civil Local Rule 143, the parties hereby stipulate as follows:

This Present Action is related to *Elsevier, Inc., et al. v. Stolyarchuk*, Case No. 18-cv-00593-WBS-EFB, filed on August 17, 2017 (the Elsevier Action"). Three of the four plaintiffs in the Elsevier Action are also plaintiffs in the Present Action: McGraw-Hill Global Education Holdings, LLC; Pearson Education, Inc.; and Cengage Learning, Inc. The sole named defendant in both actions is Yaroslav Stolyarchuk. In both actions, the plaintiffs assert that Defendant

committed acts of direct and secondary copyright infringement, trademark infringement, and trademark counterfeiting with respect to plaintiffs' works.  (*Compare* D.N. 1 *with* Exh. A hereto.)

Accordingly, to promote efficiency, the parties stipulate to the consolidation of this Present Action into the Elsevier Action.   The parties anticipate a short extension of the dates; however, they plan to explore that once the actions are consolidated and as discovery progresses.

Plaintiffs shall have up to and including April 5, 2018 (or 10 days after the date the Court so orders this stipulation, whichever is later) to file a consolidated amended complaint which will serve as the operating pleading in both the Present Action and the Elsevier Action.  Defendant's response to the consolidated amended complaint will be due as set forth in the Federal Rules of Civil Procedure.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Respectfully submitted,

Dated: March 29, 2018

SHADES OF GRAY LAW GROUP, P.C.

NAOMI JANE GRAY

*/s/ Naomi Jane Gray*
Attorneys for Plaintiffs

ROPERS MAJESKI KOHN & BENTLEY PC

KEVIN ISAACSON

*/s/ Kevin Isaacson* (as authorized on 3/29/2018)
Attorney for Defendant

IT IS SO ORDERED.

Dated: March 30, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE