NAOMI JANE GRAY (SBN 230171)
SHADES OF GRAY LAW GROUP, P.C.
100 Shoreline Highway, Suite 100B
Mill Valley, CA 94941
Telephone: (415) 746-9260
Facsimile: (415) 968-4328
ngray@shadesofgray.law

SCOTT ZEBRAK
JEFFREY M. GOULD
OPPENHEIM + ZEBRAK, LLP
5225 Wisconsin Avenue NW, Suite 503
Washington, D.C. 20015
Telephone: (202) 480-2999
Facsimile: (866) 766-1678
scott@oandzlaw.com
jeff@oandzlaw.com

*Attorneys for Plaintiffs*

MICHAEL J. IOANNOU (SBN 95208)
*michael.ioannou@rmkb.com*
KEVIN W. ISAACSON (SBN 281067)
*kevin.isaacson@rmkb.com*
CLARK A. WALDON (SBN 312696)
*clark.waldon@rmkb.com*
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA 95113
Telephone: (408) 287-6262
Facsimile: (408) 918-4501

*Attorneys for Defendant*
YAROSLAV STOLYARCHUK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, PEARSON EDUCATION, INC., and CENGAGE LEARNING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>YAROSLAV STOLYARCHUK,<br><br>Defendant. | Case No. 2:17-cv-01716-WBS-DB<br><br>**JOINT STIPULATION AND CONSENT SCHEDULING ORDER** |

WHEREAS, Plaintiffs filed their Complaint on August 17, 2017 and their First Amended Complaint on April 12, 2018;

WHEREAS, on December 13, 2017, the Court entered a Status (Pretrial Scheduling) Order (ECF No. 10);

WHEREAS, discovery commenced in December 2017;

WHEREAS, the parties sought a previous modification of the Scheduling Order because discovery moved more slowly than anticipated (ECF No. 20), which modification the Court granted (ECF No. 22);

WHEREAS, the parties necessitate additional time to conduct discovery in an efficient manner;

WHEREAS, the parties also wish explore settlement discussions, without upcoming litigation deadlines impeding the possibility of a settlement;

WHEREAS, in light of the above, the parties agree that additional time is necessary to conclude settlement discussions, including, if the parties later agree, through Local Rule 271's Voluntary Dispute Resolution Program; and

WHEREAS, this is the parties' second request for an extension of any deadline in the Court's Pre-Trial Scheduling Order (ECF No. 10);

THE PARTIES JOINTLY CONSENT TO and request that the Court enter an order modifying certain dates in the Order Modifying the Pre-Trial Scheduling Order (ECF No. 22), as follows:

|  | **Old Date** | **New Date** |
| --- | --- | --- |
| Rule 26(a)(2) expert witness disclosures | August 31, 2018 | October 31, 2018 |
| Rebuttal expert witness reports | September 21, 2018 | November 28, 2018 |
| Completion of discovery | October 26, 2018 | January 7, 2019 |
| Deadline to file dispositive motions | November 30, 2018 | February 4, 2019 |
| Final pre-trial conference | February 11, 2019 | **May 13, 2019** |
| Trial | April 16, 2019 | **July 16, 2019**\* |

*\* or at the Court's earliest convenience thereafter.*

All other dates listed in the Pre-Trial Scheduling Order (ECF No. 10) shall remain in place.

Respectfully submitted,

Dated: August 2, 2018

SHADES OF GRAY LAW GROUP, P.C.
NAOMI JANE GRAY

OPPENHEIM + ZEBRAK, LLP
SCOTT ZEBRAK
JEFFREY M. GOULD (*pending pro hac vice*)

_____/s/ *Jeffrey M. Gould*_____
Attorneys for Plaintiffs

ROPERS, MAJESKI, KOHN & BENTLEY

_____/s/ *Kevin Isaacsson*_____
MICHAEL J. IOANNOU
KEVIN ISAACSON
CLARK A. WALDON

Attorneys for Defendant
YAROSLAV STOLYARCHUK

It is so ORDERED.

Dated: August 3, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE