| | |
|---|---|
| NAOMI JANE GRAY (SBN 230171)<br>SHADES OF GRAY LAW GROUP, P.C.<br>100 Shoreline Highway, Suite 100B<br>Mill Valley, CA 94941<br>Telephone: (415) 746-9260<br>Facsimile: (415) 968-4328<br>ngray@shadesofgray.law<br><br>SCOTT ZEBRAK<br>JEFFREY M. GOULD (*pro hac vice*)<br>OPPENHEIM + ZEBRAK, LLP<br>5225 Wisconsin Avenue NW, Suite 503<br>Washington, D.C. 20015<br>Telephone: (202) 480-2999<br>Facsimile: (866) 766-1678<br>scott@oandzlaw.com<br>jeff@oandzlaw.com<br><br>*Attorneys for Plaintiffs* | MICHAEL J. IOANNOU (SBN 95208)<br>*michael.ioannou@rmkb.com*<br>KEVIN W. ISAACSON (SBN 281067)<br>*kevin.isaacson@rmkb.com*<br>CLARK A. WALDON (SBN 312696)<br>*clark.waldon@rmkb.com*<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>50 West San Fernando Street, Suite 1400<br>San Jose, CA 95113<br>Telephone: (408) 287-6262<br>Facsimile: (408) 918-4501<br><br>Attorneys for Defendant<br>YAROSLAV STOLYARCHUK |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, PEARSON EDUCATION, INC., and CENGAGE LEARNING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>YAROSLAV STOLYARCHUK,<br><br>Defendant. | Case No. 2:17-cv-01716-WBS-DB<br><br>**JOINT STIPULATION AND CONSENT [PROPOSED] SCHEDULING ORDER** |

WHEREAS, Plaintiffs filed their Complaint on August 17, 2017 and their First Amended Complaint on April 12, 2018;

WHEREAS, on December 13, 2017, the Court entered a Status (Pretrial Scheduling) Order (ECF No. 10);

WHEREAS, discovery commenced in December 2017;

WHEREAS, the parties sought two previous modifications of the Scheduling Order: first, because discovery moved more slowly than anticipated (ECF No. 20), and second, to allow the parties to explore settlement discussions, without litigation deadlines impeding the possibility of a settlement (ECF No. 24), both of which modifications the Corut granted (ECF Nos. 22, 25);

WHEREAS, the parties have made progress in settlement discussions, but agree that additional time is necessary to conclude such discussions, including, if the parties later agree, through Local Rule 271's Voluntary Dispute Resolution Program; and

WHEREAS, this is the parties' third request for an extension of any deadline in the Court's Pre-Trial Scheudling Order (ECF No. 10);

THE PARTIES JOINTLY CONSENT TO and request that the Court enter an Order modifying certain dates in the Order Modifying the Pre-Trial Scheduling Order (ECF No. 25), as follows:

|  | **Old Date** | **New Date** |
|---|---|---|
| Rule 26(a)(2) expert witness disclosures | October 31, 2018 | January 7, 2019 |
| Rebuttal expert witness reports | November 28, 2018 | February 4, 2019 |
| Completion of discovery | January 7, 2019 | March 7, 2019 |
| Deadline to file dispositive motions | February 4, 2019 | April 4, 2019 |
| Final pre-trial conference | May 13, 2019 | July 15, 2019 |
| Trial | July 16, 2019 | September 16, 2019* |

*\* or at the Court's earliest convenience thereafter.*

//

All other dates listed in the Pre-Trial Scheduling Order (ECF No. 10) shall remain in place.

Respectfully submitted,

Dated: October 12, 2018

SHADES OF GRAY LAW GROUP, P.C.
NAOMI JANE GRAY

OPPENHEIM + ZEBRAK, LLP
SCOTT ZEBRAK
JEFFREY M. GOULD (*pro hac vice*)

*/s/ Naomi Jane Gray*
Attorneys for Plaintiffs

ROPERS, MAJESKI, KOHN & BENTLEY

*/s/ Kevin Isaacson (as authorized on Oct. 12, 2018)*
MICHAEL J. IOANNOU
KEVIN ISAACSON
CLARK A. WALDON

Attorneys for Defendant
YAROSLAV STOLYARCHUK

**IT IS SO ORDERED.** The dates are modified as follows:

1. Rule 26(a)(2) expert witness disclosures: January 7, 2019
2. Rebuttal expert witness reports: February 4, 2019
3. Completion of discovery: March 7, 2019
4. Deadline to file dispositive motions: April 4, 2019
5. Final pre-trial conference: July 22, 2019 at 1:30 p.m.
6. Jury Trial: September 17, 2019 at 9:00 a.m.

Dated: October 16, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE