NAOMI JANE GRAY (SBN 230171)
SHADES OF GRAY LAW GROUP, P.C.
100 Shoreline Highway, Suite 100B
Mill Valley, CA 94941
Telephone: (415) 746-9260
Facsimile: (415) 968-4328
ngray@shadesofgray.law

SCOTT ZEBRAK (admitted pro hac vice)
OPPENHEIM + ZEBRAK, LLP
5225 Wisconsin Avenue NW, Suite 503
Washington, D.C. 20015
Telephone: (202) 480-2999
Facsimile: (866) 766-1678
scott@oandzlaw.com

Attorneys for Plaintiffs
MICHAEL J. IONANNOU (SBN 95208)

KEVIN W. ISAACSON (SBN 281067)
CLARK A. WALDON (SBN 312696)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Telephone: (408) 287-6262
Facsimile: (408) 918-4501
michael.ioannou@rmkb.com
kevin.isaacson@rmkb.com
clark.waldon@rmkb.com

Attorneys for Defendant
YAROSLAV STOLYARCHUK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MCGRAW-HILL GLOBAL EDUCATION HOLDINGS, LLC, PEARSON EDUCATION, INC., and CENGAGE LEARNING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>YAROSLAV STOLYARCHUK,<br><br>Defendant. | Case No. 2:17-cv-01716-WBS-DB<br><br>**[PROPOSED]** FINAL JUDGMENT AND PERMANENT INJUNCTION |

Upon the Stipulation for Entry of Judgment and Permanent Injunction Against Defendant Yaroslav Stolyarchuk ("Defendant"), it is here

**ORDERED** that final judgment is **ENTERED** for Plaintiffs McGraw-Hill Global Education Holdings, LLC, Pearson Education, Inc., and Cengage Learning, Inc., (hereinafter, "Plaintiffs") against Defendant. Each party shall bear its own costs and expenses, including its attorney's fees.

It is **FURTHER ORDERED** that a permanent injunction is **ENTERED** in this action. Defendant, along with his agents, servants, representatives, employees, successors, and assigns, and all those acting in concert or in participation with any of them, shall not:

a. Directly or indirectly infringe any of Plaintiffs' Copyrighted Works[1] or Plaintiffs' Marks;[2]

b. Manufacture, import, distribute, sell, or offer to sell any unauthorized copies of Plaintiffs' Copyrighted Works;

c. Knowingly enable, facilitate, permit, assist, solicit, encourage or induce others to manufacture, import, distribute, sell, or offer to sell any unauthorized copies of Plaintiffs' Copyrighted Works;

d. Advertise, promote, distribute, sell, or offer to sell any products containing unauthorized reproductions of Plaintiffs' Marks; or

e. Knowingly enable, facilitate, permit, assist, solicit, encourage or induce others to advertise, promote, distribute, sell, or offer to sell any products containing unauthorized reproductions of Plaintiffs' Marks.

It is **FURTHER ORDERED** that all funds in the accounts listed below shall be transferred to Oppenheim + Zebrak, LLP for the benefit of Plaintiffs:

Abebooks.com Account

Business/Storefront Name: "Books Liquidation"; Email: stolyary@yahoo.com

PayPal Accounts

eBay Seller ID:"lissbarney2"; Email: lissbarney@gmail.com

eBay Seller ID:"pau-badg"; Email: paulbadger774@gmail.com

eBay Seller ID: "brucbrackma 0"; Email: fleemiffy@gmail.com

eBay Seller ID: "keviwilcut 0"; Email: ferekyack@gmail.com

---

[1] "Plaintiffs' Copyrighted Works" means any and all textbooks or other copyrighted works, or portions thereof, whether now in existence or later created, regardless of media type, the copyrights to which are owned or controlled by any of the Plaintiffs or their parents, subsidiaries, affiliates, predecessors, successors, and assigns, whether published in the United States or abroad.

[2] "Plaintiffs' Marks" means any and all trademarks and service marks, whether now in existence or later created, which are owned or controlled by any of the Plaintiffs or their parents, subsidiaries, affiliates, predecessors, successors, and assigns.

eBay Seller ID: "troessar 0"; Email: jukegraph@gmail.com

eBay Seller ID: "andrepayn7"; Email: qtofpayne@gmail.com

eBay Seller ID: "peteanderso-5"; Email: andersonp1579@gmail.com

eBay Seller ID: "raymonshapir-0"; Email: rshapiro851@gmail.com

eBay Seller ID: "jacharsto 0"; Email: peaslofts@gmail. com

<u>Umpqua Bank</u> - Account No. 39****9181

It is **FURTHER ORDERED** that the Court retains jurisdiction of this matter in law and equity for purposes of enforcing this Order and/or adjudicating claims of violations of this Order.

SO ORDERED.

Dated: January 11, 2019

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE